James A. BLAIR and Bella M. Blair, Appellants, v. J. H. EBY and Cecil Murphy, Appellees.

No. 9804.

Circuit Court of Appeals, Ninth Circuit.

May 7, 1941.

Michael J. Kerley and Norman A. Ericson, both of Spokane, Wash., for appellants.

J. Orville Humphries, of Spokane, Wash., and Hubbert & Mullins, of Yakima, Wash., for appellees.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

▮

▮

779

PER CURIAM.

On stipulation of counsel for respective parties, ordered appeal herein dismissed, that a decree be filed and entered, without costs to any party, and that the mandate of this court in this cause issue forthwith.